JS-6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DAVID WIKSTROM, | ) Case No. 2:17-cv-02749-RGK (AFMx) |
| Plaintiff, | ) |
| | ) **[PROPOSED] ORDER GRANTING** |
| vs. | ) **STIPULATION TO DISMISS** |
| | ) **ENTIRE ACTION WITH** |
| LIFE INSURANCE COMPANY OF | ) **PREJUDICE** |
| NORTH AMERICA, | ) |
| | ) |
| Defendant. | ) |
| | ) |

Based upon the stipulation of the parties and for good cause shown,

IT IS HEREBY ORDERED that this action, Case No. 2:17-cv-02749-RGK (AFMx), is dismissed in its entirety as to all defendants, with prejudice.

IT IS HEREBY FURTHER ORDERED that each party shall bear its own attorneys' fees and costs in this matter.

Dated: November 2, 2017

_____
HONORABLE R. GARY KLAUSNER
UNITED STATES DISTRICT COURT JUDGE